


United States District Court
Eastern District of North Carolina
Western Division

**Case No.** 5:25-CT-3183-D
(To be filled out by Clerk's Office only)

Luis Antonio Rosado Jr.

Inmate Number 1087392

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

## COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

Bradley Brecher; James Tractman; Alan McInnes; Mickeeyn Robinson; Da'shone Joyner; Joshua Barnes; Eric Riggs; Larry Carter; John Gray Josh Stem

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Luis Antonio Rosado Jr.
Name

1087392
Prisoner ID #

Marion Correctional Institution
Place of Detention

355 Old Glenwood Rd.
Institutional Address

| Marion | Nc | 28752 |
|---|---|---|
| City | State | Zip Code |

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Bradley D. Brecher
Name

Assistant Attorney General
Current Job Title

Po Box 629
Current Work Address

Raleigh | NC | 27602
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Joshua H. Stein
Name

former Attorney General now Govener
Current Job Title

Po Box 629
Current Work Address

Raleigh | Nc | 27602
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: Alan D. McInnes
Name

Assistant Attorney General
Current Job Title

Po Box 629
Current Work Address

Raleigh | Nc | 27602
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: James B. Trachtman
Name

Assistant Attorney General
Current Job Title

Po Box 629
Current Work Address

Raleigh | Nc | 27602
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 5. Name Joshua D. Barnes

Unit manager of Tan Unit at Maury Correctional Inst.
current Job Title

Po Box 506
current work address

Maury NC 28554
City State Zip code

capicity in which being sued ☐ individual ☐ official ☑ Both

Defendant 6 Name Eric Riggs

Unit manager of Tan Unit at Maury Correctional Inst.
current Job title

Po Box 506
current work address

Maury NC 28554
city state zip code

capicity in which being sued ☐ individual ☐ official ☑ Both

Defendant 7 Name; Larry Grier

~~former Correctional officer of Maury Correctional Inst.~~
current Job title

Last known address is Po Box 506
Current work address

Maury NC 28554
City state zip code

Capacity in which being sued ☐ individual ☐ official ☑ Both

Defendant 8: Name: John Gray

Warden of Maury Correctional

current Job title

Po Box 506

current work address

maury NC 28554

city state zip code

Capacity in which being Sued ☐ individual ☐ official ☑ Both

Defendant 9: name Dáshone Joyner

former SGT at maury Correctional promoted to Lt at womens facility

current Job title

Last known address is Po Box 506

current work address

maury NC 28554

city state zip code

capicity in which being sued ☐ individual ☐ official ☑ Both

Defendant 10 Name Mickeeyn Robinson

former Correctional officer of maury Correctional Inst.

current Job title

Last known work address is Po Box 506

current work address

maury NC 28554

City State zip code

Capacity in which being sued ☐ individual ☐ official ☑ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: United States District Court for the Eastern District of N.C.

Date(s) of occurrence: 12/2/2019 to Febuary 28, 2023

State which of your federal constitutional or federal statutory rights have been violated:

31 U.S.CA.§3729; N.C.G.S.A.§14-210, N.C.G.S.A.§14-209, NC. G.S. § 84-13

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

From the start of Litigation Alan D. McInnes made a false claim which violates the false claims act on DOC. 18 + DOC. 34 on Case No. 5:19-ct-3358-BO which caused irreparable harm due to fraudulent ~~tac~~ tactics employed by Mr. McInnes, which also breaches NC state bar Rules, ch.2 Rule 3.1, 8.4(C,D,; Rule 3.3(A), 3.3(D), which is violation of fiduciary duties. (See 31 USCA §3729(a),(1)(a),(b),(C)(E)(G).) Defendants James trachtman, Bradley D. Brecher has violated N.C.G.S. 14-210 by suborning perjury ~~deg~~ via their clients on case 5:19-ct-03358-BO which also violates the NC state Bar's Rules listed above and is

a malfeasance in public office for an official to abuse their authority by committing felony and breaching fiduciary duties. Da'shone Joyner, Eric Riggs, and Joshua Barnes perjured themselves on plantiffs first Interrogatorye 1, 7, 12, 20, 21, 22. which is a violation of N.C.G.S.A. §.14-209 and Mr. Trachtman violated NCGSA § 14-210 by placing these harmful lies onto the Record. Defendant Brecher submitted Doc. 79 on Case 5:19-ct-3358-BO which he gave (2) two diffrent

(who did what to you Cont:) accounts of events then on bracket or Prong number 23 or 24 Stated "Defendants Robinson, Barnes, Joyner, and Riggs were not involved or participants" then during Plantiffs Trial Session perjured himself on multiple occassions infront of the Jury. He stated that plantiff was a "violent offender" to raise the Passion of the jury then made false claims that during Plantiffs Stay at maury Correctional Plantiff abused intoxicants/substances which was false. Plantiff has yet to fail any drugscreen at his stay at NCDAC, Also plantiff does not have any history of any A03 offense since being admitted to NC DAC which clearly perjurs Mr. Brecher. This is fraudulent and breaches fiduciary duties and NC State bar Rules ch.2 Rules 3.1, 8.4 (c,D); Rule 3.3 (a), 3.3(D). This is clear malfeasance of a assistant attorney General to Conduct his representation of his position of NC.DOJ. Defendant Baines perjured himself during Trial stating "there was no policy violations," which was false there was multiple violations. Then Mr. Baines made a fraudulent statement when asked about Dec.18, 2018 account of events. He stated "when a Code Blue was called regarding a Suicide of inmate williford I responded and did not stay I went back to my unit. But when I arrived Mr. Rosado was sitting in the Cage (holding cage) and when I left he was still there. This is a perjurred testimony made to deceive the courts and the Jury. The defendants listed are State employees, Mr. Brecher, Mr. fratchman, Mr. McInnes are Assistant

Attorney Generals, Defendant Stein at the time of incident was The Attorney General, Defendants Gray, Joyner, Barnes, Riggs are State employees under the North Carolina Department of public Safety now known as North Carolina Depart of Adult Corrections. Defendant Robinson and Grier are former corrections Officer under employment of North Carolina Department of public Safety now known as North Carolina Department of Adult Corrections.

What happened to you?

On 12/2/2019 I, Plantiff filed a 1983 claim on defendants Robinson, Grier, Joyner, Barnes, Riggs + Johnson for exessive force and denial of medical treatment. Defendant(S) Listed used fraudulent and improper tactics to deceive the Jury and the Court. Each of the parties listed are in violation of the False claims Act, and have breached Fiduciary duties. Defendant told harmful Lies on Plantiff's case 5:19-ct-03358-BO. Due to the Record being perpetrated ~~[illegible]~~ with false testimonies, and clear abuse of oath + affirmations, and perjurred testimony + Subornation of perjury. These defendants have Committed felonies by violation of N.C.G.S.A §§ 14-209 + 14-210, and at Trial session Perjury and Subornation has took place. continued.

When did it happen to you?

The Litigation started 12/2/2019 but the misconducts was discovered after plantiff has done a de novo Review of the entire Case after the Trial Session where perjured testimony's and fraud transpired from 2020 until trial 2/27/23 to 2/28/23. The Damages was discovered on 10/25/2024.

Where did it happen to you?

All Actions took place at the United States District Court for The Eastern District of North Carolina Western Division and is spotlighted on the ~~Re~~ entire Record of Case 5:19-ct-03358-BO

What happened to you: Now From the start of the Litigation battle on Case No. 5:19-ct-3358-BO the defendant Alan D. McInnes made a false claim which violates the False Claims act on Doc. 18 + Doc. 34. which Caused irreparable harm due to Fraudulent tactics employed by Mr. McInnes, This is a Clear breach of NC State Bar Rule. Ch-2 Rule 3.1, 8.4 (C, D); Rule 3.3(a), 3.3(D) which also is a clear breach of fiduciary duties, and in violation of 31 U.S.C.A. § 3729 (a)(1)(a)(b)(c)(E)(G). Defendant James Trachtman Suborn perjury on plantiffs first Interrogatories by defendants Robinson, Riggs, Joyner, Barnes. This is Legal malpractice and a breach of fidiciuary duties and NC State bar Rules, and lastly in violation of N.C.G.S.A. § 14-210 AND 18 U.S.C.A. § 1622 (Subornation of perjury), which is also a malfeasance in public office for an official to abuse their authority by Committing felony (felonies) and breaching fiduciary duties which discredits the Office that these assistant attorney are representatives to. Da'shone Joyner, Eric Riggs and Joshua Barnes have perjured themselves on plantiff first Interrogatories 1, 7, 12, 20, 21, 22. This is a Clear violation of N.C.G.S.A. § 14-209 and these answers were procured by James Trachtman which is violation of NC.G.S.A § 14-210 and 18. U.S.C.A. § 1622, by placing harmful Lies onto the Record. Defendant Brecher Submitted Doc. 79 on Case No. 5:19-Ct-3358-BO, He gave two (2) diffrent accounts of events that are refuted by evidence and on prong 23 or 24 of page 4 of Material of facts (summary Judgement) made by defense Mr. Brecher stated " Robinson, Barnes, Riggs and Joyner were not involve or a participant in the incident which was impeached during plantiffs trial session and is spotlighted on the Record on Case No. 5:19-Ct-3358-BO. During Plantiffs Trial

Case 5:25-ct-03183-D Document 1 Filed 08/18/25 Page 11 of 17

Session Defendants Brecher, Barnes, Robinson, Gray, and Grier Committed perjury on multiple occassions infront of the Curt and Jury. Brecher stated "that plantiff was a known "violent offender" which was not true, and was employed to raise the passion of the jury, then made false claims that during plantiffs incarceration at maury Correctional plantiff abused intoxicants/substances which was false due to plantiff having yet to fail any drugscreen during his stay at maury Correctional and never being charged with any institutional charge for such actions. Defendants Grier and Robinson along with Counsel Brecher told the Jury that I pushed, pulled and shoved the officers and was trying to "kill" them which was also false and fraudulent testimony since being admitted to NCDAC plantiff was never investigated, charged or found guilty of any A03 offense which is assault on a officer. This is fraudulent testimony, which breaches the Attorney-client fiduciary duties and NC State Bar Rules. Ch. 2. Rules 3.1, 8.4 (c, D); Rules 3.3(a), 3.3(D) This is clear malfeasance of an assistant attorney Generals to Conduct these Representations of their offices/Authority of the NC DOJ. Defendant perjured himself during Trial stating "there was no policy violations", which was also stated by Defendants Gray, Robinson, And Grier, Such testimony was fraudulent which is perjury. on multiple occassions Brecher Suborned perjury from defendants Barnes, Robinson, Greir, and Gray. This is violation of subornation of perjury, perjury, and fraudulent practice (Legal malpractice) For when Defendant barnes made a statement when asked about 12/18/2018 incident he stated "when a Code Blue was called regarding a suicide of inmate williford I responded and did not stay I returned to my unit (Tan Unit) But

when I arrived to Lower Red Unit Mr. Rosado was sitting in the holding cage and when I Left he was still there. This is a perjurred testimony, only made to deceive the Courts + Jury with fraudulent tactics, The defendants Brecher, Trachtman, + McInnes were acting under color of law and are employees of NC. Department of Justice, and Defendant Stein was at the time of Incident The Attorney General of NC and employed these individuals at the DOJ. Defendant Stein is the Reviewing Authority and personally assigned these defendants to the Case and is also liable for the Criminal acts.

Defendants Gray, Robinson, Grier, Joyner, Johnson, Barnes, Riggs were acting under Color of Law, and the issues of the Case 5:19-ct-03358 were for excessive force to which the listed defendants (Joyner, Riggs, Barnes, Robinson, Grier, Gray) Committed Perjury on the Case and violated Statutes in place that are Guard Rails to prevent such acts.

Plantiff was swindled from his verdict and was also defamed by multiple false accussations made by defendants. This is Legal malpractice and Plantiff is Suing for malpractice. Also Defendant Brecher stated to the Courts and Jury that Plantiffs Cansel Haseeb Fatmi did not proffer a witness List or Submit a motion to Compel which shows he deceived the Courts + Jury due to docket clearly shows Mr. Fatmi was being truthful.

What was your injury?

Plantiff was not only Prejudiced by the defense, but was slandered and Lied on. Plaantiff had a 1983 Claim with (7) seven defendants: 1) mickeeyn Robinson; 2) Joshua Barnes; 3) Eric Riggs; 4) Da'shone Joyner; 5) Quamayne Johnson, 6) Larry Greer and 7) Mark flemmings. I was suing for 450,000.00 per defendant in official + Individual capacities which is a total of 3,150,000.00 and in the same in individual which is a sum of 6,300000.00 Plantiff was swindled from his verdict and the defendants riddled the entire Case (5:19-ct-03358-BO) with Lies and perjured testimony and suborned perjury. For ~~illegal~~ plantiff is suing due to Legal malpractice and under NCGSA § 84-13 plantiff has suffered injury of economic value due to ~~the~~ rise of Cost of Litigation via filing of Appeals and Claims. plantiff was swindled on the verdict and defendants raised, delay and harassed plantiff by their acts and plantiff is in debt ~~in~~ (economic value) of 2,500 pluse

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Plantiff is entitled ~~[illegible]~~ to double of the damages which is 12,600,000.00 in official + individual. Plantiffs request termination of employments of each individual and Sanctions imposed for Subornation of perjury and perjury, and Fraud.

Plantiff Asks the Court for the defense to Cover all Costs of Litigations thats transpired for both this case + 5:14-ct-3358-BO.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? 4

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Luis Rosado Jr. V. Joshua Barnes et. al. (5:19-Ct-03358-BO) 8th Amendment violation Excessive use of Force Trial was adjudicated 2/28/23 and Appeal court has ruled on the appeal on August 20, 2024 and Supreme Court on March 10, 2025

Luis Rosado V. Bradley Brecher, et., al (5:24-Ct-3208-D) 5th + 8th Amendment violation (Legal malpractice, Perjury, Subornation of Perjury, Fraud, misrepresentation of material facts, False claim act violation) Dismissed without prejudice on December 13, 2024 by Judge Jame C. Dever III. Appeal was rendered on April 29, 2025! my understanding was I could Refile.

Luis Rosado V. Langdon et, al. 8th Amendment medical indifference. Dismissed with prejudice on June 12, 2024.

Luis Rosado V. Gray et. al. 8th Amendment sexual harassment 5:23-Ct-03128-M-RJ dismissed without prejudice August 5, 2025

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

8/6/2025
Dated

Luis Antonio Rosado Jr.
Plaintiff's Signature

Luis Antonio Rosado Jr.
Printed Name

1087392
Prison Identification #

| 355 Old Glenwood Rd. | Marion | NC | 28752 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |