In The United States District Court For The
Eastern District of North Carolina Western Division
Case No. 5:25-ct-3183-D

FILED
OCT 03 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: ___ DEP CLK

| Luis Antonio Rosado Jr. (Plantiff) V. Bradley D. Brecher, et. al. (Defendants) | Plantiff's First Interrogatories, Requests for production of Documents, and Requests for Admission to All defendants |

In accordance with Rules 33, 34, and 36 of the Federal Rules of Civil Procedure, Plantiff requests that Defendants Assistant Attorney General Bradley Brecher; Assistant Attorney General James Trachtman; Assistant Attorney General Alan McInnes; Former Attorney General Joshua Stein; Warden John Gray; Unit manager Joshua Barnes; Unit manager Eric Riggs; former officer Larry Grier; former officer Mickeeyn Robinson; former Sgt. Joyner (now Lt.); (Collectively, "Defendants") answer these interrogatories, requests for admission; and requests for production and serve the answers and copies of the requested documents on plantiff within thirty (30) days.

## I. General Instructions

In accordance with Rules 33, 34 and 36 of the Federal Rules of Civil procedure, Plantiff requests that defendants Bradley Brecher, James Trachtman, Alan McInnes, Joshua H. Stein, John Gray, Joshua Barnes, Eric Riggs, Larry Grier, Mickeeyn Robinson, Sgt. Joyner or

Da'shone Joyner (collectively "Defendants") answer these ~~Request~~ Interrogatories, Request for Admission, and Request for Production of documents and serve the answers and copies of the requested documents on plantiff within thirty (30) days.

## I. General Instructions

In answering these discovery requests, furnish all information, however obtained, known by or possessed by defendants, their agents, their attorneys or appearing in the Records of the N.C. Department of Adult Corrections ("DAC"), or N.C. Department Of Justice ("DOJ"), and U.S. District Court for the Eastern District of North Carolina ("U.S.D.C.E.D.N.C."). These discovery requests shall be deemed continuing, and supplemental answers shall be required if you obtain further information after your response. If defendants cannot answer the following interrogatories in full, after exercising due diligence to secure the information, then (1) answer to the extent possible, (2) note an inability to answer the remainder, and (3) state whatever information defendants have concerning unanswered portion.

The response to the requests for documents must include all documents possessed by or under control of the defendants, all persons acting on their behalf or under their control, and in the custody of DAC, DOJ. The defendants and their attorney have a duty to make a reasonable effort to obtain such documents, including from DAC and DOJ.

If any of the documents requested are withheld under a claim

of privilege, then: identify each such document and state the date of the document; identify its author and addressee and each person to whom a copy was furnished or to whom the contents were communicated; and provide a summary of the subject matter of the document; its present location and custodian, the basis upon which the asserted privilege is claimed, and the requests to which the document is responsive. If any of the documents requested have been destroyed, furnish the following: a list identifying each such document, its author, the authors address, and each person to whom a copy of the document was furnished or to whom the contents were communicated; a summary of the substance of the document, the date upon which the document was destroyed, and the reason it was destroyed.

## II. Definitions

1) The term "document" shall have its customary broad meaning, to include all information recorded in any medium, such as memoranda, Reports, handwritten notes, electronically stored or generated records, magnetically recorded audio and video tapes, logs, forms, etc. in the actual or constructive possession or control of the persons to whom this request is directed, or any agent or employees of such person.

2) As used in these interrogatories, the term "identify" when used in reference to persons means state: (b) the persons

full name and title, (2) the Persons current address and telephone number, and (3) his or her date of employment and current employment, if employed by DAC &/or DOJ. When the term "identify" is used in reference to a document it means state: (1) the name of the custodian, (2) the date of its creation, (3) the identity of its author, and (4) any other information required to specify it for purposes of the enclosed requests documents.

3) As used in these interrogatories, the word "describe" means to specify in detail the answer requested, and not a reply in outline or summary fashion.

4) Each interrogatory, and each portion of each interrogatory, is to be responded to seperately, but response to an interrogatory, or portions thereof, may be incorporated by reference in responses to other interrogatories, or portions thereof.

5) The past tense shall be construed to include the present tense, and vice versa, to make the request inclusive rather than exclusive.

6) The singular shall be construed to include the plural, and vice versa, to make the request inclusive rather than exclusive.

# III. Interrogatories

1) Identify each person who has knowledge of any discoverable matter regarding the facts alleged in this litigation, and for each person, state the subject matter as to which he or she has discoverable information.

2) Describe in detail your employment history with DAC & or DOJ. Specify the dates of your employment with DAC and DOJ, each position you have held with these organizations (DAC, DOJ) and list of prisons/firms where you have been employed with (DAC, DOJ) and the dates thereof.

3) Describe in detail all disciplinary actions taken, and disciplinary charges made against you during the past three (3) years related to misconduct, excessive force.

4) Describe in detail all disciplinary actions taken, and disciplinary charges made against you during the past three (3) years related to legal malpractice, fraud, perjury and subornation of perjury.

5) Identify all policies, procedures, rules and regulation in effect at DAC, Maury Correctional Institution ("Maury") in December 2018 to February 2023 concerning use of force, and investigations.

6.) Identify all policies, procedures, rules and regulation in effect at DOJ & NC State Bar in ~~effect~~ December 2018 to February 2023 concerning Legal practice, Fraud, due diligence, Perjury, and Subornation of perjury.

7.) Describe in detail your Job duties and responsibilities in December 2018 to February 2023.

8.) Describe in detail your standard practice with respect to proper ethics, Use of oath & Affirmation, and presenting material facts.

9.) Describe in detail the procedures followed for creating Pleadings, document, motions that was utilized during Case No. 5:19-3358+

10.) Describe in detail the procedures followed during the Use of force on 12/18/2018.

11.) Describe in detail your understanding of what DAC and Maury policies and procedures require on Use of force on 12/18/2018.

12.) Describe in detail your understand of what DOJ and NC State Bar Rules, and policies require on due diligence, fraud, Use of affirmation/oath, and Representation of material facts.

13.) Describe in detail the due diligence utilized to form any

of the pleadings, motions, documents in Case No. 5:19-ct-3358-1

14.) Describe in detail what Fraud, Perjury and Subornation of Perjury means and whether it is ethical and or proper in any settings.

15.) Identify FDA information on the medication tegretol ("Carbamazepine"), and its side effects, also what its prescribed for.

16.) Identify all drug screen results Mr. Rosado has taken from 2017 to October 2022.

17.) Identify all infractions plantiff has accurred from 2017 to Oct. 2022.

18.) Identify Institutional Infractions and sanctions utilized in DAC.

19.) ~~~~~~~~~~ Identify all medical and mental heath notes, and Records for the plantiff from Dec 2018 to October 2022.

20.) Identify any memos, notes, regarding fraud, honesty or lack of integrity, and or any misconduct within the DAC and DOJ, what are the sanctions or punishments.

## IV. Request for Production of Documents:

1) All motions, pleadings filed by defendants on Case No. 5:19-ct-335-BO, in respect to Interrogatory 9

2) All trial transcripts from Case No. 5:19-Ct-03358-BO, in response to Interrogatory 14

3) Any documentation utilized in reference to any motions filed by the defendants on Case 5:19-Ct-3358-BO, in response to interrogatory 13.

4) NC State Bar Rules, ch. 2 Rule 3.1, 8.4 (C,D); State Bar Rules Ch. 2 Rules 3.3 (a), 3.3 (D) in response to interrogatory No. 6, 12, 14.

5) A copy of all training and instructional manuals, course syllabi, and any other training and instructional materials (including handout and other related materials) from each and every training or instructional program which you identified in response to Interrogatory No. 5, 6.

6) All of Mr. Rosado medical records dated between Dec. 18, 2018 and the present, from DAC.

7) All files on you, including personnel, disciplinary and training files, created within the past three (3) years related to oath & affirmation, ~~deceit~~ fraud, perjury, and suborning perjury in response to Interrogatory 4

8.) All files on you, including personnel, disciplinary, and training files, created within the past three (3) years related to use of force against prisoners or prisoner access to medical care. In response to interrogatory 3.

9.) All documents, including but not limited to investigation and incident reports, witness statements, Disciplinary Report dated 1/9/2019, use of force assessment form, notes, memoranda, and correspondence, dated between December 18, 2018, and ~~September~~ May 18 2019 related to the alleged use of force against Mr. Rosado, Jr. or Mr. Rosado, Jr.'s access to medical care underlying this lawsuit.

10.) FDA Approval information on the medication Carbamazepine and its side effects, also what its prescribed for.

11.) All infractions ~~law~~ and sanctions utilized by the DAC and Control statuses. Copy of these information. In response to interrogatory 18

12.) A Copy of all infractions plantiff has accurred from 2017 to ~~October~~ December 2018, in response to interrogatory No. 17

13.) A Copy of all drug screen results of Mr. Rosado, Jr.'s from 2017 to October 2022. in response to interrogatory No 16.

14.) All policies, procedures, orders, and standard operating procedures identified in response to Interrogatory No. 5

15) Copy of the docket for Case no 5:19-ct-3358-BO.

16) Copy of Document 18, & 34, along with Defendants answer to Plantiffs first Interrogatories, on Case No. 5:19-ct-3358-BO.

17.) all documents cited, relied upon, or to which was made in response to any of the above interrogatories.

## V. Request for Admission

To McInnes

1) Admit that the Statement of Claims you made on documents 18 + 34 of Case 5:19-ct-3358-BO is false and breaches the false Claims Act.

To Trachtman

1) Admit that Mr. Robinson stated on Plantiffs first interrogatories on Case 5:19-ct-3358-BO that I threatened him while in Decon Shower.

2) Admit that on Plantiffs first Interrogatories on Case 5:19-ct-3358-BO Mr. Barnes, Mr. Riggs, Mr Joyner perjurred themselves and gave the wrong grievance sequence on Plantiff first Interrogatories.

3) Admit that Mr. Robinson denied any involvement and could not "remember" using force against Plantiff on Case No. 5:19-ct-3358-BO.

4.) Admit that Mr. Barnes perjurred himself on Plantiffs first interrogatory when asked to identify all use of force and prisoner access to medical care grievances, complaints, and litigation brought or filed against you within the past three (3) years and defendant made no attempt to answer, but had a pending case for use of force at the time of question.

To Brecher

1) Admit that you stated your motion for Summary Judgment was under penalty of perjury. (Case No. 5:19-ct-3358-BO)

2) admit that on Summary Judgment for Case No. 5:19-Ct-3358-BO Joyner, Barnes, Robinson, Riggs stated they were not involved.

3) admit that if you give a statement that is false and deceiptive, that constitutes perjury and fraud.

4) Admit that plantiff was never charged nor found guilty of any infraction that constitutes Assault on Staff (A03) nor found guilty of possession of weapon (A24), and also Disobeying a Lawful order (B25) on 12/18/2018.

5) Admit that you clearly misrepresented material facts with Case 5:19-Ct-3358-BO.

6.) Admit that your clients Barnes, Robinson and Grier, along with

your witness John Gray Committed perjury during Plantiffs Trial session of Case 5:19-ct-3358-BO.

7.) Admit that a non-verbal patient/or semiunconcious patient can not refuse treatment.

8.) Admit that Robinson did not file any statement with DAC which Constitutes a breach of policey, which shows perjury by Barnes, Robinson, Gray, Grier, during plantiffs Trial session on Case 5:19-ct-3358-BO, when they stated there was no policey Violations.

To defendants Robinson, Joyner, Barnes, Gray, Grier, Riggs.

1) Admit that you perjurred yourself on plantiff interrogatories which was made under penalty of perjury.

2.) Admit that you breached policey on 12/18/2018 and made false testimony on Trial session. (Gray, Barnes, Grier, Robinson,

3.) Admit that you poorly attempted to Cover up a Calculated assault on plantiff Case 5:19-ct-3358-BO.

4.) Admit that when you make a statement under oath and the evidence clearly shows diffrent that fraud and perjury.

5.) Mr. Barnes admit that on Interrogatory no. 7 you did not

answer this interrogatory on Case 5:19-ct-03358-BO, due to being Sued by Tyree Newsaum with your Co-Worker Colby Shirley, this is attempt to be deceptive.

6.) Admit that you lied on Plantiff regarding any form of Combativeness and that the record Shows Mr. Rosado has never been found Guilty of an (A03).

7.) Admit that the timeline presented by you and Counsel brecher were false, and that you clearly misrepresented material facts, and Committed perjury.

Executed at Marion Correctional Institutional on September 29, 2025.

Sincerly

Luis Antonio Rosado
#1087392
355 Old Glenwood Rd
Marion NC 28752

# Declaration of Service

I declare that I sent this 14 page motion titled "Plantiff motion for Plantiff first Interrogatories, request for production of documents and requests for admission to all ~~defendants~~ defendants", and a copy of the same via United states postal service, first class postage, prepaid to the addresses as follows:

    United States District Court
    For the Eastern District of NC.
    PO Box 25670
    Raleigh NC 27611

    Also;

    NC Attorney Generals office
    PO Box 629
    Raleigh NC 27602

    Sincerly

    Luis A. Rosado Jr. #1087392
    355 Old Glenwood Rd.
    Marion NC 28752